FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 0 9 2002
LORETTA G. WHYTE
CLERK

Adam Moore III
(Enter above the full name of the plaintiff in this action.)

CIVIL ACTION
02-1004

versus

SECTION _____

Orleans Parish Criminal Sheriff Office
Sgt. Gaines
(Enter above the full name of the defendant or defendants in this action.)

SECT. A MAG. 5

COMPLAINT

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( )    No (✓)

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit

         Plaintiffs _____ N/A _____

         Defendants _____ N/A _____

      2. Court (If federal court, name of the district court; if state court, name the parish.) _____ N/A _____

      3. Docket Number _____ N/A _____

      4. Name of judge to whom case was assigned _____ N/A _____

_____ Fee Pauper
✓ Process
X Dktd
✓ CtRmDep_____
Doc. No. 1

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_N/A_

II. Place of Present Confinement: _Orleans Parish_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)   No ( )

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _N/A_

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _~~YES~~ NO_

D. If your answer is NO, explain why you have not done so: _I've exhausted all my Grievance Remedies because they found my Grievance non Grievable therefore I cannot go pass step one_

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff ADAm moore III Tp 3-B-1-C-9
   Address 3000 perdio'St N.O. LA 70119
   Date of Birth 8-22-66
   Prisoner Number 1046332
   Date of Arrest 8-11-01
   Date of Conviction 11-19-01

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant Orleans Parish is employed as N/A Criminal Sheriff Dept. at 3000perdido St

C. Additional Defendants Sgt. Gaines

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On March the 19th 02 we was told by the Tier Rep that we had to paint our cell are suffer Diseplinary action by Sgt Gaines. So Some of us did paint our cell as we was painting the Fume got So Strong we couldn't sleep In our Cell. Rank came by And Some one ask her could they Turn on the over head vent. they it was Broken. The Fume came all over the tier And a hot of us suffer Head Aches, watering eyes And one guy got So dizzy that he fell off the trush can he was one oF the panit. there was no ventilation at all

C.

V.   Relief
     (State briefly exactly what you want the court to do for you.  Make no
     legal arguments.  Cite no cases or statutes.)

I would like to receulve Compenstary Damages And Punitive Damages against two employee of the Orleans parish Criminal Sheiffs Depute 1st Sgt Gaines And 2th John Doe for Knowing there was No ventilation on the tier And making us paint our cell. I would Like to be tranFer to a D.O.C. Facillty once the Court make A decision.

VI.  Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this
     complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my
     responsibility to keep the Court informed of my whereabouts and
     failure to do so may result in this action being dismissed with
     prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma
     pauperis if I have brought three or more civil actions in a court of the
     United States while incarcerated or detained in any facility that were
     dismissed on the grounds that they were frivolous, malicious, or failed to
     state a claim upon which relief may be granted, unless I am under imminent
     danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am
     responsible for paying the entire $120 filing fee and any costs assessed
     by the Court, which shall be deducted from my inmate account by my
     custodian in installment payments as prescribed by law.

Signed this April  day of  l  , in 2002.

_adam mota III_
(Signature of Plaintiff)

6/96

TP3 D1 L 009                                                         3/26/2002      15:30

ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE                             410810

INMATE'S GRIEVANCE FORM (FORM ARP-1)
(This form should also be used to request to see the legal advisor)

INSTRUCTIONS TO THE INMATE:  Use black ink to complete.  Please print.

Name: ADAM MOORE                           Bldg/Tier/Side/Cell: TP3 D1 L 009

Folder Number:         1046332

Grievant's Statement:
What is your complaint?

I WAS EXPOSE TO TOXIC FLUMES FROM THE JPAINT WHILE I WAS PAINTING AND I

STARTED TO FEEL SICK IN THE STOMIC, AND NASCASEATED MY ARM STARTED TO GET

BIG AROUND THE RISK.

What action do you want taken?

I NEED TO SEE THE DOCTOR IMMEDIATLY PLEASE

An Emergency Grievance is a situation involving a risk of personal
injury or serious harm.
Is this an Emergency Grievance?     XXX
                                    YES                         NO

I WAS EXPOSED TO TOXIC FLUMES FROM THE PAINT WAS USED BY THE INMATES AND

ME.

Inmate's signature:    ADAM MOORE

Date/hour  3/21/2002                          (Hour is for emergency grievance on

****************************************************************************

INITIAL ASSIGNMENT
Completed by Warden.  You have ten days from filing to make assignment.
I have determined the complaint to be:              Request for Service
     Grievable        Non-grievable Complaint    XXX (Not a Grievance)

If not grievable, state reason: _____

T Soule                                      3/21/2002
     WARDEN'S SIGNATURE                         DATE

If grievable, complete the following information:
THE FOREGOING GRIEVANCE IS HEREBY ASSIGNED TO THE FOLLOWING INDIVIDUAL
AS THE STEP ONE RESPONDENT.  PLEASE RETURN FORM TO COMPUTER ROOM WITHIN
FIFTEEN DAYS OF THE ABOVE DATE.
STEP ONE RESPONDENT: MEDICAL TP3

3/26/2002    15:30      ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE                410810

STEP ONE RESPONSE FORM (FORM ARP-2A)

Notice to the inmate:  You have filed a request for service (not a grievance
The response given below completes the request for service procedure.

TO:    ADAM MOORE                               1046332        TP3 D1 L 009
       ――――――――――――――――――――――――――――――――――――――   ――――――――       ―――――――――――――――――
           INMATE'S NAME AND NUMBER                             BLDG/TIER/SIDE/CELL

FROM:  J Ham                                              MEDICAL DEPARTMENT
       ――――――――――――――――――――――――――――――――――――――             ――――――――――――――――――――
              STEP ONE RESPONDENT                                  TITLE

       J Ham                                                      3/26/2002
       ――――――――――――――――――――――――――――――――――――――                ――――――――――――――――――
           RESPONDENT SIGNATURE                                      DATE

YOU HAVE BEEN SEEN BY THE NURSE ON 03/22/2002, YOU ALSO HAVE AN

APPOINTMENT TO SEE THE DOCTOR.

No I didn't go to no Doctor on. I want on the 26, March 26, 02 I want for my legs. I go see the Doctor Just about every month.

TP3 D1 L 009                                              3/27/2002    15:30

                    ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE         411215
                         INMATE'S GRIEVANCE FORM (FORM ARP-1)
              (This form should also be used to request to see the legal advisor)

INSTRUCTIONS TO THE INMATE:  Use black ink to complete.  Please print.

Name: ADAM MOORE                         Bldg/Tier/Side/Cell: TP3 D1 L 009

Folder Number:  _____1046332_____

Grievant's Statement:
What is your complaint?

I NEED A STATEMENT OF MY ACCOUNT PRO-SE PLEASE.

What action do you want taken?

I NEED A COPY OF MY ACCOUNT SOOS AS POSSIBLE PLEASE.

An Emergency Grievance is a situation involving a risk of personal
injury or serious harm.
Is this an Emergency Grievance?    _____                  _XX_
                                     YES                     NO

Inmate's signature:  ___ADAM MOORE___

Date/hour  3/26/2002                         (Hour is for emergency grievance on

*****************************************************************************

                              INITIAL ASSIGNMENT
Completed by Warden.  You have ten days from filing to make assignment.
I have determined the complaint to be:              Request for Service
____Grievable       ____Non-grievable Complaint    _XXX_ (Not a Grievance)

If not grievable, state reason:  _____

_____

K Kendrick                                    3/26/2002
    WARDEN'S SIGNATURE                           DATE

If grievable, complete the following information:
THE FOREGOING GRIEVANCE IS HEREBY ASSIGNED TO THE FOLLOWING INDIVIDUAL
AS THE STEP ONE RESPONDENT.  PLEASE RETURN FORM TO COMPUTER ROOM WITHIN
FIFTEEN DAYS OF THE ABOVE DATE.
STEP ONE RESPONDENT: SOA

# United States District Court

_____ DISTRICT OF _____

Plaintiff **ADAm moore TH**

V. **orleans parish Criminal Sheriff Office**

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: _____

I, **ADAm moore ttl** _____ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant      [ ] other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:      [✓] Yes      [ ] No      (If "No" go to Part 2)

    If "Yes" state the place of your incarceration **Orleans parish**

    Are you employed at the institution? **NO**   Do you receive any payment from the institution? **NO**

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      [ ] Yes      [✓] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment      [ ] Yes   [✓] No
    b. Rent payments, interest or dividends              [ ] Yes   [✓] No
    c. Pensions, annuities or life insurance payments    [ ] Yes   [✓] No
    d. Disability or workers compensation payments       [ ] Yes   [✓] No
    e. Gifts or inheritances                             [ ] Yes   [✓] No
    f. Any other sources                                 [ ] Yes   [✓] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

If "Yes" state the total amount. _____

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

If "Yes" describe the property and state its value.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N/A

I declare under penalty of perjury that the above information is true and correct.

April 1, 2002                     adam mcouth
_____                 _____
DATE                              SIGNATURE OF APPLICANT

```
3/27/2002   15:30     ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE              411215
                      STEP ONE RESPONSE FORM (FORM ARP-2A)
```

Notice to the inmate:  You have filed a request for service (not a grievance
The response given below completes the request for service procedure.

```
TO:    ADAM MOORE                          1046332        TP3 D1 L 009
              INMATE'S NAME AND NUMBER                  BLDG/TIER/SIDE/CELL

FROM:  S Carter                                          SOA CLERK
              STEP ONE RESPONDENT                              TITLE

       S Carter                                          3/26/2002
              RESPONDENT SIGNATURE                              DATE
```

THE AVERAGE MONTHLY DEPOSIT FOR THE PRECEDING SIX MONTHS IS $******3.01

THE AVERAGE MONTHLY BALANCE FOR THE PRECEDING SIX MONTHS IS $*******.19

THE CURRENT BALANCE IS.................................... $*******.11

SIGNATURE OF CLERK:  M. DUHE