C. PAUL PHELPS
CORRECTIONAL CENTER
POST BOX OFFICE 1056
DEQUINCY, LA 70633

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 1 7 2002

LORETTA G. WHYTE
Clerk

02-1004 A (5)

CLERK OF COURT

Loretta G. Whyte

500 Camp St.

New Orleans, La. 70130

Adam Moore #305899

P.C.C. BOX 1056 H-1

DEQUINCY, La. 70633

June 12, 2002

Dear Clerk,

I am sending this request to notify the court of my change of address.

Please correct your records and reflect the change accordingly. Thank for your time and courteous treatment of this matter.

Sincerely,

*Adam Moore*

Adam Moore pro se

___ Fee ___
___ Process ___
X Dktd ___
X CtRmDep ___
Doc. No. ___

Address Correction Requested
----------------------

Make corrections below:

Adam Moore III
TEMP
Templeman
#1046332
3000 Perdido Street
New Orleans, LA   70119

**Adam Moore #305899**

**P.C.C Box 1056 H-1**

**DeQuincy, La. 70633**

2:02-cv-01004 #2
2 page(s).
04/11/02

----------------------